IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BECKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INSURANCE CO. | : | NO. 2:16-cv-0742 |

O R D E R

AND NOW, this 28th day of September 2016, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter.

**LUCY V. CHIN**, Interim Clerk of Court

By: /s/ Mia Harvey
    Mia Harvey
    Civil Deputy to Judge Legrome D. Davis